No. 1932. LEÓN ET AL, APELANTES, *v.* SOSA, APELADO.—Reivindicación de inmueble. San Juan, Sección 1ª. Noviembre 7, 1918. *Desestimada la apelación.*

---

No. 1933. ROSSY, PETICIONARIO Y APELANTE, *v.* AMADOR ET AL., APELADAS.—*Injunction.* San Juan, Sección 1ª. Noviembre 7, 1918. *Desestimada la apelación.*

---

No. 1902. NAZARIO, APELADO, *v.* AMERICAN RAILROAD COMPANY OF PORTO RICO, APELANTE.—Indemnización. Mayagüez. Noviembre 8, 1918. *Desistida la apelación.*

---

No. 1283. EL PUEBLO, APELADO, *v.* LARA, APELANTE.—Acometimiento y agresión. Arecibo. Noviembre 11, 1918. *Confirmada la sentencia apelada.*

---

No. 1289. EL PUEBLO, APELADO, *v.* RUIZ, APELANTE.—Adulteración de leche. Humacao. Noviembre 11, 1918. *Confirmada la sentencia apelada.*

---

No. 1312. EL PUEBLO, APELADO, *v.* POLANCO, APELANTE.—Escalamiento en primer grado. Arecibo. Noviembre 11, 1918. *Desistida la apelación.*

---

No. 235. ROSALY ET AL., PETICIONARIOS, *v.* SEPÚLVEDA, JUEZ DISTRITO PONCE, DEMANDADO. — *Certiorari.* Noviembre 11, 1918. *No ha lugar.*